CASE 11—PETITION ORDINARY—JANUARY 2.

## Anderson vs. Watson,

APPEAL FROM FRANKLIN CIRCUIT COURT.

A guardian cannot sue in his own name for personal property of his ward unlawfully detained by another. The suit must be brought in the name of the infant, by his guardian or next friend.

The effect of *section 33 of the Civil Code*, so far as it relates to guardians, is only to enable them to sue, without joining their wards with them, in the class of cases in which guardians could sue in their own names before the adoption of the Civil Code.

T. N. & D. W. LINDSEY, for appellant, cited *Civil Code, secs.* 30, 33 ; *Rev. Stat., chap.* 43, *sec.* 7 ; *Civil Code, sec.* 53.

STANTON & THROOP, on same side, cited *Civil Code, sec.* 33.

JOHN RODMAN, for appellee, cited *Chitty's Pleading*, 285 ; 13 *B. Mon.*, 194 ; *Civil Code, secs.* 53, 30, 33.

JUDGE BULLITT DELIVERED THE OPINION OF THE COURT:

The only question in this case is, whether or not a guardian can sue in his own name for personal property of his ward, which, as alleged, is in the possession of the defendant without right, and is unlawfully detained by him.

It is contended that this suit by the guardian is authorized by the 33d *section of the Code*, which declares that an executor, guardian, or other fiduciary therein mentioned, "may bring an action without joining with him the person for whose benefit it is prosecuted."

Said section does not declare what actions the guardian may bring. It does not authorize him to bring any action. It only authorizes him to sue without joining the ward with him in cases wherein he has the right to sue in his own name. Thus, the guardian can, and could before the Code, sue in his own name upon a note taken by him for money of the ward. Under the 30*th section of the Code*, declaring that "every action must be prosecuted in the name of the real party in interest, except as provided in *section* 33," it might have been necessary to sue in the infant's name upon such a note, but for the provision in *section* 33, relating to guardians. In our opinion the effect of *section* 33, so far as it relates to guardians, is to enable them to sue as they could have done before the Code, without joining their wards in the action.

Before the Code, such a suit as the one under consideration must have been brought in the name of the infant by his next friend. Now it may be brought by his guardian or next friend. (*Code, section* 53.) But it must be brought in the infant's name.

The judgment is *affirmed*.